THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LEAH ROSENFELD IRA, Derivatively on Behalf of ZILLOW GROUP, INC.,

Plaintiff,

v.

RICHARD N. BARTON, ERIK BLACHFORD, AMY BOHUTINSKY, CLAIRE CORMIER THIELKE, LLOYD FRINK, JAY HOAG, GREGORY MAFFEI, GORDON STEPHENSON, AND APRIL UNDERWOOD,

Defendants,

and

ZILLOW GROUP, INC.,

Nominal Defendant.

No. 2:22-cv-00288-MJP

**STIPULATION AND [PROPOSED] ORDER REGARDING ENTRY OF A TEMPORARY STAY**

Plaintiff Leah Rosenfeld IRA ("Plaintiff") and Nominal Defendant Zillow Group, Inc. ("Zillow"), and individual Defendants Richard Barton, Erik Blachford, Amy Bohutinsky, Claire Cormier Thielke, Lloyd Frink, Jay Hoag, Gregory Maffei, Gordon Stephenson, and April Underwood (collectively, "Defendants," and with Plaintiff, the "Parties") hereby stipulate and agree as follows:



**Skadden, Arps, Slate, Meagher & Flom, LLP**
300 South Grand Avenue, Ste. 3400
Los Angeles, CA 90071
Phone: (213) 687-5000

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: (206) 359-8000
Fax: (206) 359-9000

WHEREAS, beginning on November 16, 2021, alleged shareholders of Zillow filed a series of putative class actions arising under the Securities Exchange Act of 1934 ("Exchange Act") in this Court against Zillow and certain officers and directors, which were ultimately consolidated under the caption, *Barua v. Zillow Group, Inc., et al.*, No. 2:21-cv-01551-TSZ (W.D. Wash.) (the "Securities Class Action"), and are currently pending before the Honorable Thomas S. Zilly;

WHEREAS, on March 4, 2022, the Court in the Securities Class Action entered an Order setting the following filing and briefing schedule: (i) plaintiffs' Consolidated Amended Complaint due May 11, 2022; (ii) defendants' motion to dismiss, or other responsive pleading, due July 11, 2022; (iii) plaintiffs' opposition to any motion to dismiss due August 26, 2022; (iv) defendants' reply in support of any motion to dismiss due October 11, 2022; and (v) the noting date for any motion to dismiss set for October 14, 2022;

WHEREAS, on March 10, 2022, Plaintiff filed a shareholder derivative complaint in the above-captioned action (the "Derivative Action"), asserting claims for violations under Section 14(a) of the Exchange Act, breach of fiduciary duty, waste of corporate assets, and aiding and abetting in the preceding claims against Defendants, involving many of the same parties and based on many of the factual allegations and events at issue in the Securities Class Action;

WHEREAS, on April 8, 2022, the Court in the Derivative Action entered an Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement and ordered the Parties to: (i) hold a Federal Rule of Civil Procedure 26(f) ("Rule 26") conference by May 6, 2022; (ii) make initial disclosures pursuant to Rule 26(a)(1) by May 13, 2022; and (iii) submit a Combined Joint Status Report and Discovery Plan pursuant to Rule 26(f) and Local Civil Rule 26(f) by May 20, 2022 (the "April 8 Order");

WHEREAS, based upon the overlapping parties and factual allegations contained in the Derivative Action and the Securities Class Action, and to avoid the unnecessary expenditure of judicial resources, the Parties have agreed, subject to this Court's approval, to a limited stay of the Derivative Action pending a ruling on defendants' motion to dismiss in the Securities Class Action;



**Skadden, Arps, Slate, Meagher & Flom, LLP**
300 South Grand Avenue, Ste. 3400
Los Angeles, CA 90071
Phone: (213) 687-5000

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: (206) 359-8000
Fax: (206) 359-9000

WHEREAS, the Parties respectfully submit that such a stay of the Derivative Action is appropriate;

WHEREAS, based on the foregoing, the Parties agree that in the interest of promoting judicial economy, avoiding potentially conflicting judgments between the Derivative Action and the Securities Class Action, and preserving Party and Court resources, the best course of action is to stay all proceedings in this Derivative Action at least until the forthcoming motion to dismiss in the Securities Class Action is resolved by Judge Zilly;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the undersigned Parties, subject to Court approval, as follows:

1. Defendants hereby accept service of the complaint filed in the Derivative Action;

2. All proceedings, including motion practice and discovery, in *Leah Rosenfeld IRA v. Barton, et al.*, Case No. 2:22-cv-00288-MJP, are hereby stayed until the earlier of the following events: (a) any of the Defendants files an answer to the anticipated Consolidated Amended Complaint in the Securities Class Action; or (b) the anticipated Consolidated Amended Complaint in the Securities Class Action is dismissed in its entirety with prejudice and all appeals related thereto are exhausted. If the forthcoming motion to dismiss the Securities Class Action is granted with leave to amend, the stay shall continue until any amended complaint in the Securities Class Action is answered or dismissed with prejudice;

3. The Parties shall file a status report within fourteen (14) days after Judge Zilly decides the forthcoming motion to dismiss the Securities Class Action, and additional reports every 90 days thereafter, apprising the Court of the status of the Securities Class Action;

4. Nothing herein shall prevent Plaintiff from amending her complaint during the period this Derivative Action is stayed, provided that Defendants shall have no obligation to answer, move, or otherwise respond to any such amended complaint while the stay is pending;

5. This Derivative Action shall be stayed effective upon the Court's entry of this Order;



**Skadden, Arps, Slate, Meagher & Flom, LLP**
300 South Grand Avenue, Ste. 3400
Los Angeles, CA 90071
Phone: (213) 687-5000

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: (206) 359-8000
Fax: (206) 359-9000

6. During the period this Derivative Action is stayed, Zillow shall notify Plaintiff of any related demands for inspection of books and records pursuant to RCW 23B.16.020 or shareholder demands to the Zillow Board of Directors that it pursue litigation, of which it becomes aware;

7. If, during the period this Derivative Action is stayed, any other Zillow shareholder files a related derivative action purportedly on behalf of Zillow, and that derivative action is not stayed for the same or longer duration than the stay of this Derivative Action, Zillow shall promptly notify Plaintiff of that fact, and Plaintiff shall have the option to terminate the stay of this Derivative Action by giving thirty (30) days' notice to the undersigned counsel for Defendants via email;

8. During the period this Derivative Action is stayed, Defendants shall use best efforts to include Plaintiff in any mediation with the plaintiff(s) in the Securities Class Action or any related derivative actions. If Plaintiff is not included in such mediation, then Defendants agree to mediate separately with Plaintiff at or around the same time as the mediation in the Securities Class Action or related derivative actions;

9. All dates and deadlines in the Court's April 8 Order are hereby vacated,

10. Within fourteen (14) days of the date that the stay is lifted, the Parties shall meet and confer and submit a proposed scheduling order governing further proceedings in the Derivative Action;

11. Nothing herein shall be deemed to constitute a waiver of any rights, defenses, objections or any other application to any court that any party may have with respect to the claims set forth in the complaint filed in this Derivative Action.



**Skadden, Arps, Slate, Meagher & Flom, LLP**
300 South Grand Avenue, Ste. 3400
Los Angeles, CA 90071
Phone: (213) 687-5000

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: (206) 359-8000
Fax: (206) 359-9000

DATED: May 5, 2022

By: *s/Mikes A. Yanick*
Miles A. Yanick
**YANICK LAW & DISPUTE RESOLUTION PLLC**
1325 Fourth Avenue, Suite 1130
Seattle, WA 98101
Telephone: (206) 455-5924
myanick@yanicklaw.com

David C. Katz
Mark D. Smilow
Joshua M. Rubin (*pro hac vice* forthcoming)
**WEISSLAW LLP**
305 Broadway, 7th Floor
New York, NY 10007
Telephone: (212) 682-3025
Facsimile: (212) 682-3010
dkatz@weisslawllp.com
msmilow@weisslawllp.com
jrubin@weisslawllp.com

*Counsel for Plaintiff*

By: *s/Sean C. Knowles*
Sean C. Knowles, WSBA No. 39893
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Telephone: (206) 359-8000
Facsimile: (206) 359-9000
SKnowles@perkinscoie.com

Peter B. Morrison (*pro hac vice* application forthcoming)
Virginia F. Milstead (*pro hac vice* application forthcoming)
Winston P. Hsiao (*pro hac vice* application forthcoming)
Raza Rasheed (*pro hac vice* application forthcoming)
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP**
300 South Grand Avenue, Ste. 3400
Los Angeles, CA 90071
Telephone: (213) 687-5000
Facsimile: (213) 521-5000
Peter.Morrison@skadden.com
Virginia.Milstead@skadden.com
Winston.Hsiao@skadden.com
Raza.Rasheed@skadden.com

*Counsel for Defendants Richard Barton, Erik Blachford, Amy Bohutinsky, Claire Cormier Thielke, Lloyd Frink, Jay Hoag, Gregory Maffei, Gordon Stephenson, and April Underwood and Nominal Defendant Zillow Group, Inc.*

**ORDER**

Pursuant to the above Stipulation, **IT IS SO ORDERED**.

______________________________
The Honorable Marsha J. Pechman

Presented by:

By: *s/Miles A. Yanick*
Miles A. Yanick
**YANICK LAW & DISPUTE RESOLUTION PLLC**
1325 Fourth Avenue, Suite 1130
Seattle, WA 98101
Telephone: (206) 455-5924
myanick@yanicklaw.com

David C. Katz
Mark D. Smilow
Joshua M. Rubin (*pro hac vice* forthcoming)
**WEISSLAW LLP**
305 Broadway, 7th Floor
New York, NY 10007
Telephone: (212) 682-3025
Facsimile: (212) 682-3010
dkatz@weisslawllp.com
msmilow@weisslawllp.com
jrubin@weisslawllp.com

*Counsel for Plaintiff*

By: *s/Sean C. Knowles*
Sean C. Knowles, WSBA No. 39893
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Telephone: (206) 359-8000
SKnowles@perkinscoie.com

Peter B. Morrison (*pro hac vice* application forthcoming)
Virginia F. Milstead (*pro hac vice* application forthcoming)
Winston P. Hsiao (*pro hac vice* application forthcoming)
Raza Rasheed (*pro hac vice* application forthcoming)
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP**
300 South Grand Avenue, Ste. 3400
Los Angeles, CA 90071
Telephone: (213) 687-5000
Facsimile: (213) 521-5000
Peter.Morrison@skadden.com
Virginia.Milstead@skadden.com
Winston.Hsiao@skadden.com
Raza.Rasheed@skadden.com

*Counsel for Defendants Richard Barton, Erik Blachford, Amy Bohutinsky, Claire Cormier Thielke, Lloyd Frink, Jay Hoag, Gregory Maffei, Gordon Stephenson, and April Underwood and Nominal Defendant Zillow Group, Inc.*