UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LEAH ROSENFELD IRA, derivatively on behalf of ZILLOW GROUP, INC.

Plaintiff,

v.

RICHARD N. BARTON, et al.,

Defendants,

and

ZILLOW GROUP, INC.,

Nominal Defendant.

C22-288 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motion to stay, docket no. 13, is GRANTED in part as follows:

1. The Court approves Defendants' acceptance of service of the complaint filed in this Derivative Action;

2. All proceedings, including motion practice and discovery, in *Leah Rosenfeld IRA v. Barton, et al.*, Case No. 2:22-cv-00288 TSZ, are hereby STAYED pending further order of the Court;

3. The Parties shall file a status report within fourteen (14) days after the Court decides the forthcoming motion to dismiss the Securities Class Action;

4. Nothing herein shall prevent Plaintiff from amending her complaint during the period this Derivative Action is stayed, provided that Defendants

MINUTE ORDER - 1

shall have no obligation to answer, move, or otherwise respond to any such amended complaint while the stay is pending;

5. This Derivative Action shall be stayed effective upon the Court's entry of this Minute Order;

6. During the period this Derivative Action is stayed, Zillow shall notify Plaintiff of any related demands for inspection of books and records pursuant to RCW 23B.16.020 or shareholder demands to the Zillow Board of Directors that it pursue litigation, of which it becomes aware;

7. If, during the period this Derivative Action is stayed, any other Zillow shareholder files a related derivative action purportedly on behalf of Zillow, and that derivative action is not stayed for the same or longer duration than the stay of this Derivative Action, Zillow shall promptly notify Plaintiff of that fact, and Plaintiff shall have the option to file a motion to lift the stay;

8. During the period this Derivative Action is stayed, Defendants shall use best efforts to include Plaintiff in any mediation with the plaintiff(s) in the Securities Class Action or any related derivative actions. If Plaintiff is not included in such mediation, then Defendants agree to mediate separately with Plaintiff at or around the same time as the mediation in the Securities Class Action or related derivative actions;

9. All dates and deadlines in the Order entered April 8, 2022, docket no. 9, are hereby VACATED;

10. Within fourteen (14) days of the date that the stay is lifted, the Parties shall meet and confer and submit a proposed scheduling order governing further proceedings in this Derivative Action; and

11. Nothing herein shall be deemed to constitute a waiver of any rights, defenses, objections or any other application to any court that any party may have with respect to the claims set forth in the complaint filed in this Derivative Action.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 10th day of May, 2022.

Ravi Subramanian
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 2