UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEAH ROSENFELD IRA, derivatively on behalf of ZILLOW GROUP, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>RICHARD N. BARTON; ERIK BLACHFORD; AMY BOHUTINSKY, CLAIRE CORMIER THIELKE; LLOYD FRINK; JAY HOAG; GREGORY MAFFEI; GORDON STEPHENSON; and APRIL UNDERWOOD,<br><br>    Defendants,<br><br>  and<br><br>ZILLOW GROUP, INC.,<br><br>    Nominal Defendant. | C22-288 TSZ<br><br>MINUTE ORDER |
| BRIAN SISSON, derivatively on behalf of ZILLOW GROUP, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>RICHARD N. BARTON; ERIK BLACHFORD; AMY BOHUTINSKY, CLAIRE CORMIER THIELKE; LLOYD FRINK; JAY HOAG; GREGORY MAFFEI; GORDON STEPHENSON; ALLEN W. PARKER; JEREMY WACKSMAN; and APRIL UNDERWOOD,<br><br>    Defendants,<br><br>  and<br><br>ZILLOW GROUP, INC.,<br><br>    Nominal Defendant. | C22-599 TSZ |

MINUTE ORDER - 1

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)     The parties' stipulated motion to consolidate, docket no. 16 in C22-288 and docket no. 6 in C22-599, is GRANTED.  Case Nos. C22-288 TSZ and C22-599 TSZ are hereby CONSOLIDATED for all purposes.  All future pleadings, motions, briefs, and other papers shall bear the captions of both cases, which may be abbreviated by using "et al.," but shall be filed only in Case No. C22-288 TSZ.  The Clerk is DIRECTED to CLOSE Case No. C22-599 TSZ.

(2)     If defendants are served with summons and a complaint in any related shareholder derivative action, or if they receive a demand for the inspection of books or records of Zillow Group, Inc. or a shareholder demand to pursue litigation, they shall notify promptly plaintiffs.

(3)     The parties and attorneys in these consolidated matters shall bring to the Court's attention any actions in this District of which they become aware that might be related to these cases and/or to *Barua v. Zillow Group, Inc.*, C21-1551 TSZ.

(4)     Defendants shall use their best efforts to include plaintiffs in settlement negotiations or a mediation in any related shareholder derivative action and/or involving the parties in *Barua v. Zillow Group, Inc.*, C21-1551 TSZ.

(5)     Pursuant to the parties' stipulation, these consolidated cases are STAYED until further order of the Court on the terms provided in this Court's prior Minute Order, docket no. 15 in C22-288.

(6)     Within thirty (30) days after the stay is lifted, counsel shall meet and confer and file a Joint Status Report in the form specified in Local Civil Rule 16(a)(2) (citing Fed. R. Civ. P. 26(f)(3) and LCR 26(f)).

(7)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 31st day of May, 2022.

Ravi Subramanian
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 2