UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LEAH ROSENFELD IRA, derivatively on behalf of ZILLOW GROUP, INC.,

    Plaintiffs,

v.

RICHARD N. BARTON, et al.,

    Defendants.

C22-0288 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Court construes Plaintiffs' unopposed motion to intervene, docket no. 23, as a motion to amend the complaint. Plaintiffs' unopposed motion is GRANTED. *See* Fed. R. Civ. P. 15(a)(2).

    (a) Plaintiffs are ORDERED to file either an amended consolidated verified stockholder derivative complaint or a corrected consolidated verified stockholder derivative complaint[1] naming Bruce Taylor as a plaintiff in place of Michael Blake Randolph no later than May 15, 2024.

---

[1] Plaintiffs' consolidated verified stockholder derivative complaint, docket no. 22, names Leah Rosenfeld IRA, Brian Sisson, and Michael Blake Randolph as plaintiffs. Mr. Randolph, however, did not submit a signed verification statement. Instead, Mr. Taylor, who Plaintiffs are seeking to make a named plaintiff through the instant motion, submitted a verification statement, signed under penalty of perjury, stating that he was a plaintiff in the consolidated verified stockholder derivative complaint. Docket no. 22 at 72. In light of this discrepancy in the

MINUTE ORDER - 1

  (2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

  Dated this 1st day of May, 2024.

              Ravi Subramanian
              Clerk

              s/Laurie Cuaresma
              Deputy Clerk

---

consolidated verified stockholder derivative complaint, Plaintiffs can either amend or correct the consolidated verified stockholder derivative complaint.

MINUTE ORDER - 2