UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEAH ROSENFELD IRA, derivatively on behalf of ZILLOW GROUP, INC.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>RICHARD N. BARTON, et al.,<br><br>　　　　　Defendants,<br><br>　and<br><br>ZILLOW GROUP, INC.,<br><br>　　　　　Nominal Defendant. | C22-288 TSZ |
| DAVID DYKHOUSE, derivatively on behalf of ZILLOW GROUP, INC.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>RICHARD BARTON; DAVID BEITEL; ERIK BLACHFORD; AMY BOHUTINSKY; SUSAN DAIMLER; LLOYD FRINK; JAY HOAG; AIMEE JOHNSON; GREGORY MAFFEI; ALLEN W. PARKER; ARIK PRAWER; DAN SPALDING; GORDON STEPHENSON; CLAIRE CORMIER | C24-1795 TSZ<br><br>MINUTE ORDER |

MINUTE ORDER - 1

THEILKE; APRIL UNDERWOOD; and JEREMY WACKSMAN,

                Defendants,

and

ZILLOW GROUP, INC.,

                Nominal Defendant.

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)   The Court WAIVES the requirement of applying for pro hac vice status for the following attorneys, who were admitted pro hac vice in the related case of <u>Leah Rosenfeld IRA v. Barton et al.</u>, Case No. C22-288 TSZ: David C. Katz and Mark D. Smilow.

(2)   The Court hereby WAIVES the pro hac vice filing fee for the following attorneys, who were admitted pro hac vice in the related case of <u>Jaeger v. Zillow Group Inc. et al.</u>, Case No. C21-1551 TSZ: Peter B. Morrison, Virginia F. Milstead, and Winston Hsiao. The Court also WAIVES the pro hac vice filing fee for the following attorney, who was admitted pro hac vice in the related case of <u>Taylor v. Barton et al.</u>, Case No. C22-1000 TSZ: Gregory M. Nespole. If these attorneys wish to participate in C22-288 and have not done so already, they shall file an application in C22-288 for leave to appear pro hac vice within thirty (30) days of the date of this Minute Order.

(3)   Attorneys Joshua M. Rubin, Daniel Tepper, Michael J. Hynes, and Ligaya Hernandez must apply for pro hac vice status and pay the pro hac vice application fee if they wish to participate in C22-288. Any pro hac vice application by these or any other attorneys wishing to participate in C22-288 shall be filed within thirty (30) days of the date of this Minute Order.

(4)   The parties' stipulated motion to consolidate, docket no. 13 in Case No. C24-1795 TSZ, is GRANTED. C24-1795 is hereby CONSOLIDATED into C22-288 for all purposes. All future pleadings, motions, briefs, and other papers relating to C24-1795 shall be filed only in C22-288 and shall be captioned as required in C22-288. <u>See</u> Minute Orders (docket nos. 17 and 18 in C22-288). The Clerk is DIRECTED to CLOSE C24-1795.

MINUTE ORDER - 2

(5) Upon consolidation, C24-1795 shall be subject to the stay already imposed in C22-288 on the terms provided in the Court's prior Minute Orders, docket nos. 15 and 21 in C22-288.

(6) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 3rd day of December, 2024.

Ravi Subramanian
Clerk

s/Laurie Cuaresma
Deputy Clerk

MINUTE ORDER - 3